437 A.2d 744

**COMMONWEALTH of Pennsylvania**

v.

**Donti A. BRUNDAGE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 19, 1981.

Decided Dec. 17, 1981.

Gilbert J. Scutti, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM.

Judgments of Sentence Affirmed.